MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | DISTRIBUTION OF FENTANYL RESULTING IN DEATH |
| JACOB PETER, | Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about March 3, 2025, within the District of Alaska, the defendant, JACOB PETER, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N- [1-(2-phenethyl)-4-piperidinyl] propenamide, commonly known as fentanyl.

//

//

## SERIOUS BODILY INJURY AND DEATH RESULTING FROM THE DISTRIBUTION OF CONTROLLED SUBSTANCES

The following serious bodily injury and death resulted from the defendant, JACOB PETER's, distribution of the above controlled substance:

On or about March 3, 2025, the defendant, JACOB PETER, knowingly and intentionally distributed the above-listed fentanyl to another person.

On or about March 4, 2025, use of the above-listed fentanyl resulted in the serious bodily injury and death of Victim 1.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL.

                                                  s/ Grand Jury Foreperson
                                                  GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: August 19, 2025